# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0496. WASEEM DAKER v. ROBERT L. RUSSELL, III.

The Appellant in the above-styled case has filed a Motion For Voluntary Dismissal Without Prejudice. Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  12/30/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*